IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| KAYCI PORTER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18-6099-CV-SJ-ODS |
| vs. | ) | and |
| | ) | Case No. 18-6132-CV-S-ODS |
| MICHAEL BYRD, et al., | ) | *(consolidated for purposes of discovery)* |
| | ) | |
| Defendants. | ) | |

## ORDER (1) CONTINUING TO TAKE UNDER ADVISEMENT DEFENDANT'S MOTION FOR SANCTIONS, (2) DIRECTING DEFENDANT TO FILE SUPPLEMENT TO MOTION FOR SANCTIONS, AND (3) DIRECTING PARTIES TO FILE JOINT PROPOSED AMENDED SCHEDULING ORDER

Pursuant to the Court's June 20, 2019 Order, a show cause hearing was held with Joseph LaCome appearing on behalf of Plaintiffs and David Baker appearing on behalf of Defendant Daviess/DeKalb Regional Jail. As discussed in further detail during the hearing, the Court continues to take under advisement Defendant's motion for sanctions (Doc. #43). Within fourteen days of this Order, Defendant shall supplement its motion for sanctions by providing the Court with detailed information related to attorneys' fees and expenses incurred with regard to discovery in this matter. Within seven days of this Order, the parties shall file a jointly proposed Amended Scheduling and Trial Order.

IT IS SO ORDERED.

DATE: July 2, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT